Natasha R. Johnson
#1647608
LAne murray
1916 N. Hwy 36 Bypass
Gatesville, Texas 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

To: Texas Court of Criminal Appeals
Clerk of the Court
Supreme Court Bldg.
P.O. Box 12308
Austin, Texas 78701

March , 2015

Re: Case No. 14-10-00462-CR; Natasha Rashenet Johnson v.
The State of Texas; In the 14th Court of Appeals, Houston,
Texas

Dear

I am writing to inquire about the Status of the Petition
For Discretionary Review filed on or about August 11, 2011,
by Notification from Gary M. Polland, P.C., stating his office "will
let me know of any developments", however it has been over
three (3) years and I have heard nothing in regard to the
"P.D.R.". I await your reply.

Respectfully,

Natasha Johnson 5-12-15

CC: Gary M. Polland, P.C.
2211 Norfolk Street, Suite 920
Houston, Texas 77098
°Texas Court of Criminal Appeals
(Clerk)

1 of 1